IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:16-CR-123 |
| vs. | ORDER |
| JOEL RODRIGUEZ-GOMEZ, | |
| Defendant. | |

This matter is before the Court on the plaintiff's Motion for Dismissal (filing 33). Pursuant to Fed. R. Crim. P. 48(a), leave of court is granted for dismissal of the indictment, without prejudice, as it relates to the above-captioned defendant.

IT IS ORDERED:

1. The plaintiff's Motion for Dismissal (filing 33) is granted.

2. The indictment is dismissed without prejudice.

3. This case is closed.

Dated this 8th day of July, 2016.

BY THE COURT:

_____
John M. Gerrard
United States District Judge